UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HELEN STROUT, ) | |
| ) | |
| Plaintiff ) | |
| ) | Docket No.: 1:18-cv-00070-JAW |
| v. ) | |
| ) | |
| LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | |

NOTICE OF DISMISSAL

    NOW COMES Plaintiff Helen Strout, by and through counsel, and, pursuant to F.R.Civ.P.41(a)(1)(ii), hereby stipulate to the dismissal of all claims, counterclaims, and cross-claims with prejudice and without costs to any party.

DATED: June 1, 2018                       /s/ Katherine M. Gatti
                                                   Katherine M. Gatti, Esq.

                                                   /s/ Charles W. March
                                                 Charles W. March, Esq.
                                                 Attorneys for Plaintiff Helen Strout
                                                 Injured Workers' Legal Center
                                                 P.O. Box 419
                                                 Topsham, ME  04086
                                                 (207) 874-4771

CERTIFICATE OF SERVICE

I, Charles W. March, hereby certify that on this date I electronically filed the Notice of Dismissal using the CM/ECF system which will send e-mail notification of such filing to the following:

bdecker@pierceatwood.com
Byrne J. Decker Esq.

ssilver@pierceatwood.com
Steven J. Silver, Esq.

DATED:  June 1, 2018                     /s/ Charles W. March
                                         Charles W. March, Esq. (1644)


Injured Workers' Legal Center
P.O. Box 419
Topsham, ME  04086
(207) 874-4771